

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

G.B. SANDERS,

PLAINTIFF                                    CASE NO. 16-mc-62

V.

DONALD JOHN TRUMP,

DEFENDANT

## MOTION FOR PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, TRO

COMES NOW, The Plaintiff , G.B. Sanders, in pro-se, moves this honorable court to issue a restraining

Order against Donald Trump running for the Pennsylvania primary and a restraining order against Donald Trump for assaulting me. Few weeks back Trump was campaigning in Philadelphia and walked into a KFC where I was eating and I walked up to Mr. Trump and told him he has no chance against Hillary Clinton and Trump went irate on me, crazy, he took a bucket of KFC and threw it at my head, then put the KFC bucket over my head and embarrassed me by telling everyone I am wearing a duntz cap, which the KFC crowd started yelling , Trump ! Trump ! rants , then Trump took ketchup and squirted it all over my mens warehouse suit causing $ 1488 dollars in damages. Donald Trump grabbed my wallet and read my license and saw my last name is Sanders and said I'm related to that dumb Vermont liberal Bernie, and said Sanders talks like a communist and I must be  a communist and then pDonald Trump punched me in my tooth, cracked it, then Donald Trump tied my shoelaces together and

pushed me over and called me humpty dumpty, calling me a fat slob and humiliating me. I am so scared of Donald Trump because he was in Philly at a secret La costa Nostra Mob meeting with Joey Merlino in south Philly to secure the Italian Vote and Trump was trying to solicit mob funding for casinos in Philly which Trump said he would pay for With dept of treasury tax money once he is in office. Trump also told Joey merlino that once he is president he will pardon Sal merlino and Nicky Scarfo, this is very dangerous, Trump will use his commander in chief position to pardon his mob buddies. Donald Trump has a vision to be like Biff from Back to The future in the future to turn America into one giant gambling mecca, and this is scary

RELIEF

———————

I seek a restraining order against Donald trump running for the president of the united states and a restraining order against trump participating in the Pennsylvania primary. God Bless America

Respectfully,

3/11/16

G.B. SANDERS

1200 N. BROAD ST

PHILADELPHIA, PA 19121