IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

G.B. SANDERS :
:
v. : 16-MC-62
:
DONALD JOHN TRUMP :

## O R D E R

AND NOW, this 29th day of March 2016, upon consideration of the Motion For Preliminary Injunction, Temporary Restraining Order, TRO (Document No. 1), filed by G.B. Sanders, that does not comply with Rule 3 of the Federal Rules of Civil Procedure which provides that a civil action is commenced by filing a complaint, and because he has failed to either pay the $350.00 filing fee and $50 administrative fee to the Clerk of Court or file a motion to proceed *in forma pauperis*, it is **ORDERED** that the Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.